1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )  Case No.: SACR 05-98-CJC
12 |                      Plaintiff,      )  ORDER OF DETENTION AFTER
13 |              vs.                     )  HEARING
                                          )  [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14 | Newell, Solomon Nathaniel            )     § 3143(a)]
15 |                      Defendant.      )

16

17     The defendant having been arrested in this District pursuant to a warrant issued
18 by the United States District Court for the ____CD cA____,
19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20 release]; and
21     The Court having conducted a detention hearing pursuant to Federal Rule of
22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23     The Court finds that:
24 A.   (X) The defendant has not met his/her burden of establishing by clear and
25         convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26         3142(b) or (c). This finding is based on __bail resources unknown,
27 __unsatisfactory performance while under supervision,
28 __which in view of P.O. demonstrates a lack of
   __amenability to supervision__

1
2
3       and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7       finding is based on _his commission of a new felony_
8       _offense while under supervision; his criminal_
9       _history record_
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __10/22/10__
17                                              ROBERT N. BLOCK
                                                UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28